UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

META Y. SMITH

CIVIL ACTION

VERSUS

NO. 10-380-FJP-CN

MICHAEL J. ASTRUE,
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the ALJ's decision shall be affirmed and that the plaintiff's appeal shall be dismissed, with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, October 21, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47544